...... THE OFFICE SYSTEMS COOPERATIVE

May 28, 2008

To All ISDA Shareholders/Dealers:

Your ISDA Board of Directors is pleased to announce, effective May 14, 2008, that Marvel Secure Solutions will offer our entire membership their Weapons Cabinets for Military, Law Enforcement and Government Agencies.

Attached is detailed information regarding the Marvel Secure Solutions Weapons Cabinets including specifications, pricing and pictures. All questions should be directed to Ken Wesolowski at 708-955-0569. He is looking forward to talking with all our Shareholders/Dealers and answering any questions regarding the product and to see what catalogs, literature and samples you may need.

With our ISDA group purchasing volume, you will find Marvel Secure Solutions pricing is very favorable to your sales efforts. ISDA members will be provided an <u>additional discounts</u> from the net pricing shown on the 7-1-2007 attached price list.

On behalf of the entire ISDA Board of Directors, we ask for your full support of this new ISDA Business Partner. Should you have any question regarding the program, please feel free to call any of the ISDA Board Members or Don Elborne, the ISDA Executive Director.

Sincerely yours,

Rick Romano - President
Keith Reynolds – Vice President
Greg Hindman – Secretary
Gary Hatfield – Treasurer
Elizabeth Butler – Director
Jeff Loreaux – Director
Richard Miller – Director
Don Elborne – Executive Director

---

International Systems Dealers Association
750 Holiday Drive, Building 9, Suite 500, Pittsburgh, Pa 15220
412-921-3501 voice   412-921-3525 fax



 **ENDORSED BUSINESS PARTNER**



MARVEL
Secure Solutions™

**Marvel Secure Solutions**

3843 West 43rd Street
Chicago, Il 60632
708-955-0569 Voice
800-237-0358 Fax

**Contacts:**
Sales – Ken Wesolowski – 708-955-0569 – govpur@yahoo.com

**Company Background:**
Started in 1946 by two WWII veterans with dreams of putting metal breadboxes into every American home, Marvel® has evolved into a top quality office furniture manufacturer with dreams much bigger than a bread box. Marvel® wants to provide you with Grade "A" quality furniture that is both attractive and functional, furniture that uses space efficiently and affordably, and furniture that fits your work environment and style. Marvel® Office Furniture has maintained a strong commitment to innovative furniture design, superior quality and prompt delivery since the company's inception in 1946. Today, the company manufactures and markets a wide range of high-quality furnishings to large, small and home office markets. Their product lines range from office chairs and file cabinets to executive office furniture and open office workstations. Marvel® products are manufactured to ISO 9001 certified guidelines and backed by a lifetime warranty. Marvel® Office Furniture also offers superior customer service that does not stop when they deliver the products.

**Products available at ISDA discount:**
Marvel Secure Solutions weapons cabinets for military, law enforcement and government agencies. Units are designed to store small arms including handguns, shotguns, rifles and accessories. All cabinets and components are reconfigurable to accommodate a variety of weapons. As a 100% modular system, the secure weapons cabinets may be transported from the armory aboard nearly any vehicle to a new designated location.

**Pricing:**
ISDA Members receive an additional 15% off net price shown on the attached price list dated 7-1-2007. Marvel Secure Solutions will bid all DLA-DSCC promulgated National Stock Number (NSN) Solicitations direct.

**Finance Information:**
Credit approved through ISDA
Payment through ISDA

**Ordering Information:**
All orders must be marked "ISDA Member" to get special discount.

 **ENDORSED BUSINESS PARTNER**







# MARVEL®
## SECURE SOLUTIONS



## Securely Storing the Weapons of Choice for Today's Warfighter.

Proudly Serving the Military, Law Enforcement, and Government Agencies

Designed to efficiently store small arms including handguns, shotguns, rifles, and accessories. All cabinets and components are reconfigurable to accommodate a variety of weapons. As a 100% modular system, the secure weapons cabinets may be transported from the armory aboard nearly any vehicle to a new designated location. No matter how extraordinary your needs may be, our weapons storage experts are ready to provide the best solution.



MADE IN THE USA



- **Marvel QuickLok** - locking mechanism allows warfighters in and out of the system when time is of the essence

- **Marvel QuickLok** - locking members are protected within the door structure offering greater security, also accommodates a 5200 series padlock

- **Bi-fold Recessed Doors** - doors recess within the cabinet maximizing available aisle space

- **Perforated Doors & Sidewalls** - maximizes visibility to expedite inventory assessment

**Standard Dimensions**

45" High x 42" Wide x 16.25" Deep

61.5" High x 42" Wide x 16.25" Deep

76" High x 42" Wide x 16.25" Deep





- **100% Modular** - system may be stacked, ganged together, installed on a mobile system, and deployed to a new location

- **Rapid Deployment & Seismic Accessories** - are available to safely secure weapons in almost any environment

- **Flexibility** - store a variety of weapons with different requirements within the same unit, or reconfigure based on your changing needs



MARVEL®
SECURE SOLUTIONS

800.862.7835  
SOLUTIONS@MARVELGROUP.COM

3843 W. 43RD STREET  
CHICAGO, IL 60632



# MARVEL
## SECURE SOLUTIONS

➢ Fully Enclosed Modular Construction

➢ Patent Pending *Marvel Quicklok* System

➢ More Secure Than The Competition

➢ Field Tested / TACOM Approved





**SECURE SOLUTIONS**

## 2007 GOVERNMENT PRICE LIST

| Product Code | Description | List Price | Sales Price |
|---|---|---|---|
| WRDP45GN | 45" high cabinet | $1,500.00 | $600.00 |
| WRDP45GNH6 | 45" high cabinet w/ 6 handles | $1,687.50 | $675.00 |
| WRDP61GN | 61.5" high cabinet | $1,800.00 | $720.00 |
| WRDP61GNH6 | 61.5" high cabinet w/ 6 handles | $1,987.50 | $795.00 |
| WRDP76GNH6 | 76"H 24"D cabinet w/ 6 handles | $3,525.00 | $1,410.00 |
| WRNP45GNH6 | 45" high non-perf cabinet w/ 6 handles | $1,867.50 | $747.00 |
| WROS18GNH4 | 18"high overstorage cabinet | $1,425.00 | $570.00 |
| WROS34GNH4 | 34"high overstorage cabinet | $1,575.00 | $630.00 |
| WRHB42GN | horizontal bar | $70.50 | $28.20 |
| WRB7624 | base for 76"H24"deep cab | $300.00 | $120.00 |
| WRM2B | M2 base | $180.00 | $72.00 |
| WRSB | 10weapon base | $168.00 | $67.20 |
| WRSB4 | 4 weapon base | $180.00 | $72.00 |
| WRSB6 | 6 weapon base | $180.00 | $72.00 |
| WRUBGN | universal base | $150.00 | $60.00 |
| WRSC | stock cups | $15.00 | $6.00 |
| WRBSS | seismic barrel support | $18.00 | $7.20 |
| WRBS | standard barrel support | $15.00 | $6.00 |
| WRBSXW | extra wide barrel support | $42.00 | $16.80 |
| WRPS30 | 3" pistol support | $17.25 | $6.90 |
| WRPS45 | 4.5" pistol support | $31.50 | $12.60 |
| WRPT45 | pistol tray | $255.00 | $102.00 |
| WRBSM2 | M2 barrel support | $39.00 | $15.60 |
| WRC42GN | cart | $450.00 | $180.00 |
| WRH4 | 4 handle kit | $150.00 | $60.00 |
| WRH6 | 6 handle kit | $225.00 | $90.00 |
| WRBNW61GN | bin wall - 61" (set of 2) | $180.00 | $72.00 |
| WRBNSGN42 | bin shelf - full | $60.00 | $24.00 |
| WRBNBGN42 | bin base - full | $90.00 | $36.00 |
| WRBNW34GN | bin wall - 34" (set of 2) | $126.00 | $50.40 |
| WRBNBGN14 | bin base - 14" | $75.00 | $30.00 |
| WRBNSGN14 | bin shelf - 14" | $36.00 | $14.40 |



**SECURE SOLUTIONS**

**CONFIDENTIAL & PROPRIETARY**

rev. 7/1/07

Case: 3:08-cv-00354-slc   Document #: 1-3   Filed: 06/18/08   Page 8 of 9



**SECURE SOLUTIONS**

## COMMON CONFIGURATIONS

| Qty. | | M4, M16, 12 gauge shotguns | |
|---|---|---|---:|
| 1 | WRDP45GN | 45" high cabinets | $1,500.00 |
| 1 | WRHB42GN | horizontal bar | $70.50 |
| 1 | WRSB | 10 weapon base | $168.00 |
| 10 | WRBS | standard barrel supports | $150.00 |
| | | **Total List Price** | **$1,888.50** |
| | | Sales Price | $755.40 |
| | | | |
| | | Add 6 handles and seismic barrel supports - fully transportable | |
| | | **Total List Price** | **$2,106.00** |
| | | Sales Price | $842.40 |

### M4 & M9

| | | | |
|---|---|---|---:|
| 1 | WRDP45GN | 45" high cabinets | $1,500.00 |
| 1 | WRHB42GN | horizontal bar | $70.50 |
| 1 | WRSB | 10 weapon base | $168.00 |
| 10 | WRBS | standard barrel supports | $150.00 |
| 9 | WRPS30 | 3" pistol support | $155.25 |
| | | **Total List Price** | **$2,043.75** |
| | | Sales Price | $817.50 |
| | | | |
| | | Add 6 handles, seismic barrel supports, MarveLok pistol tray - fully transportable | |
| | | **Total List Price** | **$2,361.00** |
| | | Sales Price | $944.40 |

### M249

| | | | |
|---|---|---|---:|
| 1 | WRDP45GN | 45" high cabinets | $1,500.00 |
| 1 | WRHB42GN | horizontal bar | $70.50 |
| 1 | WRSB6 | 6 weapon base | $180.00 |
| 6 | WRBS | standard barrel supports | $90.00 |
| | | **Total List Price** | **$1,840.50** |
| | | Sales Price | $736.20 |
| | | | |
| | | Add 6 handles, seismic barrel supports, - fully transportable | |
| | | **Total List Price** | **$2,046.00** |
| | | Sales Price | $818.40 |

rev. 7/1/07



## LIMITED WARRANTY

Subject to the conditions stated below, The Marvel Group, Inc. ("Marvel") warrants to the original purchaser exclusively that the structural components of Marvel's Secure Solutions products will be free from defects in materials and workmanship for so long as the original purchaser owns the product. This Limited Warranty shall terminate if the original purchaser sells or otherwise transfers the product. For the purposes of this warranty, structural components shall not include any modular accessories, any PVC coating, moving parts, or controls or guides which are in contact with any moving parts, including casters, doors, slides, hinges, and locking mechanisms.

Marvel also warrants to the original purchaser that all components of and accessories to the product, other than structural components, shall be free from defects in materials and workmanship for five (5) years from the date of purchase. This 5-year Limited Warranty shall terminate if the original purchaser sells or otherwise transfers the product. During the 5-year warranty period, all parts are included at no cost to the original purchaser. During the first year of the five year warranty period, labor is included at no cost to the original purchaser. After the first year of the five year warranty period, all labor will be charged to the original purchaser at Marvel's then-current rate.

If any warranted product, component of or accessory to a product shall be proved to Marvel's satisfaction to be defective, then the product, component, or accessory (as appropriate) shall be repaired or replaced at Marvel's option. All warranty service for the product must be performed by an authorized service provider. This warranty excludes products that were not installed or used in accordance with product instructions and warnings. Product adaptations, customizations, or modifications not explicitly approved by Marvel do not qualify for this warranty. Any defects or damage caused by acts of God or circumstances beyond the control of Marvel do not qualify for this warranty. EXCEPT FOR THE EXPRESS WARRANTIES SET FORTH ABOVE, MARVEL MAKES NO WARRANTIES, IMPLIED OR OTHERWISE, AND EXPRESSLY DISCLAIMS ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

LIMITATION OF LIABILITY: Repair or replacement of any defective product, or refund of the purchase price paid in the event Marvel determines in its sole discretion that the product cannot be repaired or replaced, shall be the purchaser's sole and exclusive remedy for breach of the warranty for product defects, however caused, and in no case shall Marvel be liable for incidental, consequential, special or other damages, or loss of profits or revenues whether as a result of breach of contract or warranty, Marvel's own negligence, or otherwise. Marvel shall have no liability for any advice or assistance rendered by any party outside the scope of the written specifications for the manufacture, operation or maintenance of the warranted product, or any component of or accessory to the product.

SSW Rev. 4/20/07

1326263_2.DOC